IN THE SUPREME COURT OF TEXAS

 No. 10-0139

 IN RE JAMES ELBAOR, M.D.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed March 1,
2010, is granted in part in Cause No. 2003-3672, styled Chelsea B. Rogers
v. James Elbaor, M.D., in the 327th District Court of El Paso County,
Texas, thereby staying the portions of the trial court's February 1 order
that (1) overrule all objections made by Dr. Elbaor to Plaintiff's
Interrogatories in Aid of Judgment, Requests for Production in Aid of
Judgment and the Notice of Intention to Take Oral Deposition of James
Elbaor, M.D. in Aid of Judgment with Duces Tecum; (2) order Dr. Elbaor to
respond fully toPlaintiff's Requests for Production in Aid of Judgment and
Interrogatories in Aid of Judgment; and (3) order Dr. Elbaor to submit to
deposition.

 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this March 10, 2010.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk